UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT JOHN BROWN, | ) | Case No. SACV 11-1243 DOC(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. KEBLIS, et al., | ) | |
| Respondents. | ) | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED:   December 16, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE